**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1441**

---

DAVID O. ROY,

Plaintiff - Appellant,

versus

UNITED PARCEL SERVICE, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge.  (CA-96-966-A)

---

Submitted:  September 25, 1997      Decided:  October 23, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David O. Roy, Appellant Pro Se.  James Phillip Naughton, HUNTON &
WILLIAMS, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Defendant in this action brought pursuant to Title VII of the Civil Rights Act of 1964, as amended. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Roy v. United Parcel Serv., Inc., No. CA-96-966-A (E.D. Va. Mar 7, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED